Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ANDY D. STOLTZNER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY D. STOLTZNER, | ) Case No.:   1:16-cv-01490-EPG |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE; ORDER |
| vs. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Andy D. Stoltzner ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to May 2, 2017; and that Defendant shall have until June 6, 2017, to provide a response.

-1-

1    As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2    Plaintiff's Spouse passed away on September 30, 2016.  The aftermath of this
3    traumatic event on both Counsel and his 9 year old son and 7 year old daughter was
4    immeasurable.  Compounding the impact of this loss is the fact that Counsel's
5    spouse was a former employee at Counsel's Law Firm and her death was far
6    reaching in its impact on Counsel's professional life as well.  Due to the death, the
7    subsequent holiday period, and the need to find a permanent caregiver and the
8    required time to acclimate his children to that presence during his absence to meet
9    his professional obligations, Counsel required the additional time to prepare and
10   provide Defendant with Plaintiff's Settlement Letter Brief.

11         Counsel for plaintiff does not anticipate this extraordinary request for more
12   time to become the rule and recognizes it is the extraordinary exception and
13   sincerely apologizes to the court for any inconvenience this may have had upon it
14   or its staff.
     ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26

DATE: May 2, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff ANDY D. STOLTZNER

DATE:  May 2, 2017          SANDRA R. BROWN
Acting United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Carolyn B. Chen

_____
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]


## Order

Based on the above stipulation and good cause appearing therein, IT IS

HEREBY ORDERED that plaintiff may have an extension of time for Plaintiff to

provide Defendant with Plaintiff's Settlement Letter Brief to and including May 2,

2017; Defendant may have an extension of time to June 6, 2017 to file her

response.  All other deadlines in the scheduling order are modified accordingly.


IT IS SO ORDERED.

Dated:  __May 4, 2017__          /s/ *Eric P. Groy*

_____
UNITED STATES MAGISTRATE JUDGE