Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ANDY D. STOLTZNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY D. STOLTZNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:16-cv-01490-EPG<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Andy D. Stoltzner ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 31, 2017; and that Defendant shall have until October 2, 2017, to file her opposition. Any reply by plaintiff will be due October 17, 2017.

Counsel requires an additional extension in order to continue to manage and reduce those matters pending due to the events of his wife's passing. Counsel has focused on ensuring that he avoids delay in current cases while addressing the backlog of cases. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 6, 2017      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED: July 6, 2017      BENJAMIN WAGNER
United States Attorney


*/S/- Carolyn B. Chen

_____
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to |
| 3 | and including August 31, 2017, in which to file Plaintiff's Opening Brief; |
| 4 | Defendant may have an extension of time to October 2, 2017 to file his opposition, |
| 5 | if any is forthcoming. Any reply by plaintiff will be due October 17, 2017. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: **July 10, 2017**  /s/ Erica P. Grosjean |
| 9 | UNITED STATES MAGISTRATE JUDGE |