PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANDY D. STOLTZNER, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-01490-EPG <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 10 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 10 days to respond to Plaintiff's opening brief. This is the first continuance sought by Defendant. The current due date is October 3, 2017. The new due date will be October 13, 2017.

There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has been diligently addressing her full workload including several district court cases and one Equal Employment Opportunity Commission matter involving discovery and travel for depositions. Moreover, Defendant's counsel was recently ordered on October 2, 2017, to appear for a hearing on October 10, 2017. Therefore, Defendant is respectfully requesting

1

additional time up to and including October 13, 2017, to fully review the record and research the

issues presented by Plaintiff's opening brief in this case.  This request is made in good faith with

no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

Respectfully submitted,

Date: October 3, 2017                    LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Steven G. Rosales by C.Chen\**
(As authorized by e-mail on 10/3/2017)
STEVEN G. ROSALES
Attorneys for Plaintiff

Date: October 3, 2017                    PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

For the reasons provided in the parties' stipulation, an extension of time of an additional 10 days to respond to Plaintiff's opening brief is GRANTED. The Court's Scheduling Order is modified accordingly.

IT IS SO ORDERED.

Dated: __**October 4, 2017**__        /s/ *Erica P. Groj...*

UNITED STATES MAGISTRATE JUDGE